n the Matter of the Application for the Sale of Real Property Devised by CORNELIUS CALLAHAN, Deceased.

EDITH M. SMITH, Appellant; JOHN E. KELLEY, Respondent.

(Submitted June 4, 1917; decided June 12, 1917.)

Motion for re-argument denied, with ten dollars costs. (See 220 N. Y. 774.)

---

In the Matter of the Claim of WILLIAM COBB, Respondent, against LIBRARY BUREAU et al., Appellants.

STATE INDUSTRIAL COMMISSION, Respondent.

*Cobb* v. *Library Bureau*, 176 App. Div. 91, appeal dismissed.
(Argued June 4, 1917; decided June 12, 1917.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the third judicial department, entered December 29, 1916, affirming an award under the Workmen's Compensation Law.

The motion was made upon the ground that the notice of appeal was not served within the required time.

*Clarence E. Aiken* for motion.

*William H. Foster* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.